```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    SEALED INDICTMENT
                                 :
         - v. -                  :    19 Cr.
                                 :
PAUL THOMPSON,                   :
                                 :
         Defendant.              :
- - - - - - - - - - - - - - - - x
```

**CRIM 056**

## COUNT ONE

**(Felon in Possession)**

The Grand Jury charges:

On or about September 27, 2018, in the Southern District of New York and elsewhere, PAUL THOMPSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, .40 caliber ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____  1/25/19
FOREPERSON

_____
GEOFFREY BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**PAUL THOMPSON,**

**Defendant.**

**INDICTMENT**

19 Cr.

(18 U.S.C. §922(g).)

GEOFFREY BERMAN
United States Attorney

_____  1/25/19
Foreperson

1-25-19 . MJ. ROBERT W. LEHRBURGER
TRUE BILL + SEALED INDICTMENT &
ARREST WARRANT