

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

**By E-MAIL/ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:blue">Request granted. Time is excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) until July 10, 2020, the defendant having consented and the Court independently finding that the ends of justice served by such exclusion of time outweigh the best interest of the public and the defendant in a speedy trial, because it will accord the parties the time to produce and review discovery.    6/23/2020</span>

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   United States v. Paul Thompson, 19 Cr. 056 (LJL)

Dear Judge Liman,

    The Government writes in advance of the initial pretrial conference in the above-captioned case, which is currently scheduled for July 10, 2020. The Government respectfully requests that the time between today and the initial pre-trial conference be excluded pursuant to the provisions of the Speedy Trial Act, § 3161(h)(7)(A), to allow the parties time to produce and review discovery. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel Michael Bachrach has consented to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: _____
    David J. Robles
    Assistant United States Attorney
    (212) 637-2550

cc: Michael Bachrach (by ECF and Email)