UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,            :

            -v-                               :           19-CR-00056 (LJL)

PAUL THOMPSON,                          :           <u>SCHEDULING ORDER</u>

                      Defendant.           :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       It is HEREBY ORDERED that an arraignment is scheduled for July 13, 2020 at 9:00AM by videoconference (CourtCall). This hearing will include an initial conference, in addition to the Court addressing the Defendant's Violation of Supervised Release in 03-cr-01501-LJL-2. Upon consent of both parties, the Court excludes time under the Speedy Trial Act to July 13, 2020 pursuant to 18 USC 3161(h)(7)(A) based upon the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated: July 6, 2020
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge