```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :    19-cr-0056 (LJL)
PAUL THOMPSON,                                                     :
                                                                   :         ORDER
                                Defendant.                         :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has the Government's motion for a protective order. *See* Dkt. No. 18. The motion is opposed by the Defendant. Among other arguments, the Defendant asserts that "unless MCC policies change defendants will have no access to any discovery controlled by a Protective Order." Dkt. No. 21 at 8. The Government has not replied to that argument.

It is ORDERED that by no later than July 29, 2020, at 5:00 p.m., the Government shall submit a further reply on ECF, responding to that argument and addressing the limitations put in place by the MCC (including practical limitations) on the Defendant reviewing materials that are produced under the proposed Protective Order. In addition, the Government shall advise the Court, after consultation with the defense, whether there may exist more narrowly tailored means for protecting the material as to which there are legitimate concerns for victim safety and the confidentiality of law enforcement reports and records, without impeding the Defendant's ability to prepare a defense.

SO ORDERED.

Dated: July 27, 2020  
      New York, New York                                   LEWIS J. LIMAN  
                                                        United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 7/27/2020