```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
        -v-                                                    :
                                                               :   19-cr-0056 (LJL)
PAUL THOMPSON,                                                 :
                                                               :       ORDER
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020

LEWIS J. LIMAN, United States District Judge:

The Government proposes a protective order. Dkt. No. 18. Defendant objects, in part on the ground that good cause has not been established for such an order and in part on the ground that the protective order will impair the ability of the defense to prepare. Defendant contends that material subject to a protective order is provided to defendants only at the MCC library and that the MCC library is now closed. The Government represents that it will request that the Bureau of Prisons will make discovery subject to the protective order available to Defendant in his unit.

The Court finds that good cause has been established for the protective order. Based on the Government's representation and on the understanding that the Bureau of Prisons will honor the Government's request, the Court approves and will sign the proposed protective order.

SO ORDERED.

Dated: July 30, 2020
       New York, New York                   _____
                                            LEWIS J. LIMAN
                                            United States District Judge