UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,                  :

            -v-                             :           19-CR-00056 (LJL)

                                         :           <u>ORDER</u>

PAUL THOMPSON,                            :
                      Defendant.     :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received two letters, dated **August 31, 2020** and **September 14, 2020** from the defendant. The letters, copies of which have been sent to defense counsel, will be maintained under seal.

      The contents of defendant's letter, as well as his prior letter, will be discussed at the video conference scheduled for September 30, 2020 at 11:00AM.

      SO ORDERED.

Dated: September 29, 2020
       New York, New York

                                                   LEWIS J. LIMAN
                                                 United States District Judge