# ZEMAN & WOMBLE, LLP

KEN WOMBLE                                                            P  (718) 514 - 9100
20 VESEY STREET, RM 400                                               F  (917) 210 - 3700
NEW YORK, NY 10007                                        WOMBLE@ZEMANWOMBLELAW.COM
                    WWW.ZEMANWOMBLELAW.COM

                                                          March 16, 2021

**Via ECF & Email**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Paul Thompson,* 19 CR 56 (LJL)
       Violation of Supervised Release, 03 CR 436, 03 CR 1501

Dear Judge Liman:

        I represent Paul Thompson in the above-referenced matters and, with the consent of the
Government, submit this letter requesting an adjournment of the upcoming status conference of
March 19, 2021 on case 19CR56.  We have reached a plea agreement with the Government and
request that a plea hearing be scheduled. I consent to the exclusion of speedy trial time in this
matter from March 19, 2021 until the date of Mr. Thompson's plea hearing.

        Mr. Thompson also has a pending violation of supervised release ("VOSR") on cases
03CR436 and 03CR1501.  As the specifications for the VOSR track the crimes for which Mr.
Thompson will plead guilty on case 19CR56, we would request the scheduling of a plea hearing
for the VOSR as well.  Should the Court agree, we would request that plea hearings for 19CR56
and the VOSR be scheduled on the same date and time.

                                                          Respectfully submitted,

                                                          *Ken Womble*

                                                          Ken Womble
                                                          Attorney for Paul Thompson

Cc:  AUSA David J. Robles

REQUEST GRANTED.
The Status Conference scheduled for March 19,
2021 is canceled.  Instead, a Change of Plea hearing
is scheduled for March 31, 2021 at 11:00AM and
will be held remotely by video conference
(CourtCall).  The Court will hold a plea hearing
pertaining to the VOSR in defendant's two previous
cases at the same hearing.  The Court excludes time
from March 19, 2021 until March 31, 2021 pursuant
to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A),
upon a finding that the interest of justice outweighs
the interest of the public and the defendant in a
speedy trial.

3/17/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge