# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

June 3, 2021

**Via ECF & Email**

Honorable Lewis J. Liman  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for July 8, 2021 is rescheduled to January 12, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 6/8/2021
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Paul Thompson,* 19 CR 56 (LJL)  
        Violation of Supervised Release, 03 CR 436, 03 CR 1501

Dear Judge Liman:

    I represent Paul Thompson in the above-referenced matters and write this letter requesting an adjournment of Mr. Thompson's sentencing hearing (currently scheduled for July 8, 2021). I am requesting an adjournment of 6 months to a date convenient for the Court and the Government.

    A substantial adjournment is necessary to provide counsel and, should the Court approve the submitted authorization request, mitigation specialist Julie Smyth the time to obtain relevant records pertinent to Mr. Thompson's background. Having recently had a breakthrough with Mr. Thompson, we anticipate meeting with him frequently to explore his life and provide a more complete picture to the Court for sentencing. This extensive background information would also provide the BOP with information necessary to provide appropriate services for Mr. Thompson and hopefully end the cycle of recidivism. I have worked with Ms. Smyth on previous cases and have found her work to be both valuable and efficient.

    I submit this request with the consent of the Government.
.

Respectfully submitted,

*Ken Womble*

Ken Womble  
Attorney for Paul Thompson

Cc:  AUSA David J. Robles