UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                 :

   -against-                                          :        <u>ORDER</u>

PAUL THOMPSON,                                 :        19 CR 56 (LJL)

               Defendant.               :

-------------------------------------------------------x

Upon the letter application, dated June 28, 2021, of Ken Womble, attorney for the defendant, PAUL THOMPSON, and for the reasons set forth therein:

IT IS HEREBY ORDERED, that, on or before July 23, 2021, the New York City Department of Education shall provide to Julie Smyth, LMSW, all records in its possession, custody or control, including but not limited to school records and transcripts, as well as special education and Committees on Special Education records, regarding Paul Thompson.

Dated: June 29, 2021
         New York, New York

                                                            Hon. Lewis J. Liman,
                                                            United States District Judge