UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :

   -against-  :  <u>ORDER</u>

PAUL THOMPSON,  :  19 CR 56 (LJL)

-------------------------------------------------------x

Upon the letter application, dated August 31, 2021, of Ken Womble, attorney for the defendant, PAUL THOMPSON, and for the reasons set forth therein:

IT IS HEREBY ORDERED, that, on or before September 20, 2021, the:

Bronx Family Court
900 Sheridan Avenue
Bronx, NY 10451

shall provide to Julie Smyth, LMSW, ALL records in its possession, custody or control related to Paul Thompson DOB 7/3/1982 (mother: Yvonne Miller), including, but not limited to PINS petition, Family Assistance Program document, transcripts for fact-finding and disposition hearings.

Date:  August 31, 2021
       New York, New York

                                                          Hon. Lewis J. Liman,
                                                          United States District Judge