UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**           No. 19 Cr. 56 (LJL)
**SUBPOENA DUCES TECUM**

against

**PAUL THOMPSON,**
                 **Defendant**

---

FEDERAL BUREAU OF PRISON, METROPOLITAN DETENTION CENTER, BROOKLYN, N.Y., **IS COMMANDED** to produce: all medical, psychiatric, drug treatment, disciplinary, work, program & education records related to Paul Thompson (54512-054). This includes:

    all records related to Paul Thompson in the custody

    and control of the BOP from 2003 to present;


To: Ken Womble
     20 Vesey Street, Rm 400
     New York, NY 10007

By: November 1, 2021

See Fed.R Crim. P. 17 regarding the rules related to this subpoena including your ability to file a motion to quash or modify the subpoena, as well as your duty to respond to this subpoena and the potential consequences of not doing so.

WITNESS, Honorable Lewis J. Liman, United States Disctrict Court Judge of the Southern District of New York, on the __29__ day of _September_, 2021.

SO ORDERED

_____
Hon. Lewis J. Liman
9/29/2021