# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

December 21, 2021

**MOTION DENIED without prejudice. The defendant pled guilty in March 2021. Sentencing has been adjourned numerous times. The defense letter provides no reason why it should be adjourned yet again, even for a short period of time.**

**12/22/2021  SO ORDERED.**

*[Signature]*
LEWIS J. LIMAN
United States District Judge

**VIA ECF & EMAIL**

Honorable Lewis J. Liman  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:   United States v. Paul Thompson, 19 Cr. 56 (LJL)

Dear Judge Liman:

I represent Paul Thompson in the above-entitled matter and write after consultation with the Government. I write with the consent of the Government to respectfully request a brief adjournment of Mr. Thompson's sentencing, currently scheduled on January 12, 2022 at 2pm.

I ask that sentencing be adjourned to a date convenient for the Court in the month of February 2022, but not between February 21 and 25. Thank you for your consideration of this request.

Respectfully submitted,

*[Signature]*

Ken Womble  
Attorney for Paul Thompson